NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TENARIS BAY CITY, INC., MAVERICK TUBE CORPORATION, IPSCO TUBULARS INC., TENARIS GLOBAL SERVICES (U.S.A.) CORP., SIDERCA S.A.I.C.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, UNITED STATES STEEL CORPORATION, BORUSAN MANNESMANN PIPE U.S. INC., PTC LIBERTY TUBULARS LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, WELDED TUBE,**
*Defendants-Appellees*

---

2025-1382

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00343-CRK, Judge Claire R. Kelly.

---

**ON MOTION**

---

**O R D E R**

The United States moves for an extension of time, until August 4, 2025, to file the response brief, noting that appellants have stated they "will also then need an additional five days to file [their] reply brief," ECF No. 32 at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the limited extent that the United States's response brief is due no later than August 4, 2025, and the reply brief remains due no later than September 3, 2025. No further extensions of time for the response brief should be anticipated. To the extent appellants require additional time to file the reply brief, they may file a motion consistent with the rules of this court, which require, *inter alia*, a showing of good cause.

FOR THE COURT

July 30, 2025
Date

Jarrett B. Perlow
Clerk of Court